ROBERTS BROTHERS & COMPANY, A CORPORATION, ORGANIZED UNDER THE LAWS OF FLORIDA, *Plaintiff in Error*, y. G. HUPPLE, AND THE BANK OF ORANGE & TRUST COMPANY, A CORPORATION, ORGANIZED AND EXISTING UNDER THE LAWS OF THE STATE OF FLORIDA, *Defendants in Error*.

Division B.

Decision Filed December 19, 1925.

Petition for Rehearing Denied January 14, 1926.

A Writ of Error to the Circuit Court for Orange County; DeWitt T. Gray, Judge.

*Treadwell* and *Treadwell* and *Durrance* and *Lenire,* for Plaintiff in Error;

*Chas. P. Dickinson,* for Defendant in Error.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the Circuit Court, be, and the same is hereby affirmed.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J., concur.